897 A.2d 1056

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. DADJE DAWARA, DEFENDANT–PETITIONER.

April 4, 2006.

ORDERED that the petition for certification is granted, limited solely to the eighteen-year sentences for first-degree armed robbery imposed on defendant in respect of counts two, three, and four of Indictment No. 01–02–00559–I, and as to those sentences the matter is summarily remanded to the trial court for resentencing in light of *State v. Natale*, 184 *N.J.* 458, 878 *A.*2d 724 (2005).

897 A.2d 1056

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. T.L.C., DEFENDANT–PETITIONER.

April 4, 2006.

Denied.

897 A.2d 1056

DORRETT HITCHMAN, PHYLLICIA BROWN, AN INFANT BY HER GUARDIAN AD LITEM PHYLLIS BROWN AND PHYLLIS BROWN INDIVIDUALLY, AND PETE BROWN, HER HUSBAND, PER QUOD, DENISE WILSON AND JAMES WILSON, HER HUSBAND PER QUOD, PLAINTIFFS–RESPONDENTS, v. ROBERT NAGY AND JOSEPH ABBOTT, DEFENDANTS–PETITIONERS.

April 13, 2006.

Denied.